JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA-PRODUCER PENSION PLANS and TRUSTEES OF THE DIRECTORS GUILD OF AMERICA-PRODUCER HEALTH PLAN,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NU IMAGE, INC., a California Corporation; MILLENNIUM FILMS, INC., a Delaware Corporation,<br><br>　　　　Defendants. | CASE NO. 2:12-CV-04439-SVW (PJWx)<br><br>ORDER TO DISMISS ENTIRE ACTION<br><br>**Honorable Stephen V. Wilson Courtroom 6** |

Pursuant to the stipulation of the parties, this entire action, by all Plaintiffs as to the Defendants is dismissed with prejudice, all parties to bear their own attorneys' fees and costs. Moreover, the Pretrial Conference set for May 20, 2013 and the Bench Trial set for May 28, 2013 are hereby VACATED.

IT IS SO ORDERED.

Dated: April 22, 2013

_____

THE HON. STEPHEN V. WILSON
United States District Court Judge